IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERIC LAMAR ELLIS,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-1095-O-BP |
| | § | |
| **CITY OF WHITE SETTLEMENT, TEXAS,** *et al.*, | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The City of Fort Worth is **DISMISSED with prejudice**.

2. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** this **12th day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE