UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERIC LAMAR ELLIS**, *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 4:22-cv-1095-O-BP |
| **CITY OF WHITE SETTLEMENT, TEXAS**, *et al.*, | § § § § | |
| **Defendants.** | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on December 12, 2023. The District Court reviewed *de novo* the proposed Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's Response and Objection, and the applicable law. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Motions to Dismiss (ECF Nos. 26, 28, 30, 32, 34-35, 38) should be and are hereby **GRANTED** and that Plaintiff's claims against Defendants are **DISMISSED with prejudice**.

It is further **ORDERED** that all other pending motions (ECF Nos. 47, 55-56, 62-63, 65, 71, 89, 91-92, 94, 96, 99) in the above-captioned case are **DENIED as MOOT**.

**SO ORDERED** on this **20th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE