**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ERIC ELLIS, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-CV-01095-O-BP** |
| | § | |
| **CITY OF WHITE SETTLEMENT, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Before the Court are Plaintiff's Motion to Reconsider and Vacate (ECF No. 110) and Defendants' Response (ECF No 111). The Court, having considered the motion and Defendants' response thereto, finds that it should be **DENIED**.

**SO ORDERED** on this **February 7, 2025.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

- 1 -